1  CARY KLETTER
   SALLY TRUNG NGUYEN
2  KLETTER + NGUYEN LAW LLP
3  1900 S. Norfolk Street, Suite 350
   San Mateo, CA  94403
4  T: 415.434.3400
   E:  ckletter@kletterlaw.com
5  E:  snguyen@kletterlaw.com

6
   Attorneys for PLAINTIFF
7  RONIS SAGASTUME

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11  | RONIS SAGASTUME, | Civ. Case No. 15-CV-04350-VC |
    |---|---|
12  | Plaintiff, | **REQUEST FOR DISMISSAL** |
13  | v. | |
14  | | |
15  | DEL MONTE FRESH PRODUCE (WEST COAST), INC.; DEL MONTE FRESH PRODUCE, N.A., INC.; TRICONT TRUCKING COMPANY; and DOES 1 THROUGH 20, inclusive, | |
16  | | |
17  | | |
18  | Defendants. | |

21
22         Plaintiff Ronis Sagastume ("Plaintiff") respectfully requests this Court dismiss the
23  above-captioned action, with each side to bear his/its own fees and costs, pursuant to the
24  Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(2). Plaintiff's First, Second, Third,
25  Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Fourteenth and Fifteenth
26  causes of action in the Second Amended Complaint shall be dismissed *with prejudice* as to all
27  parties. Plaintiff's Thirteenth cause of action alleging violation of the Labor Code Private
28

Attorneys General Act of 2004 ("PAGA") shall be dismissed *with prejudice* as to Plaintiff on his own behalf, and *without prejudice* as to the claim brought on behalf of others.

Dated: July 26, 2016                            KLETTER + NGUYEN LAW LLP

By: _____/s/_____
    Cary Kletter
    Sally Trung Nguyen
    Attorneys for PLAINTIFF
    MIRIAM ANDRADE

## [PROPOSED] ORDER

Based upon Plaintiff's request for dismissal with prejudice of the above-captioned action, IT IS HEREBY ORDERED AS FOLLOWS:

1. Pursuant to FRCP 41(a)(2), this action is dismissed as to all parties *with prejudice* as to the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Fourteenth and Fifteenth causes of action in the Second Amended Complaint;

2. Pursuant to FRCP 41(a)(2), this action is dismissed *without prejudice* as to the Thirteenth cause of action alleging PAGA violations as to others and *with prejudice* as to Plaintiff individually;

3. Each of the parties is to bear his/its own attorney's fees and costs; and

4. The Court retains jurisdiction over the parties to enforce the terms of any Settlement Agreement.

**IT IS SO ORDERED.**

Dated: July 28, 2016                            _____
    HONORABLE VINCE CHHABRIA
    UNITED STATES DISTRICT COURT JUDGE